IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SMITH,

      Plaintiff,                    No. CIV S-11-1918 CKD P

    vs.

KIESZ,

      Defendant.            ORDER FOR PAYMENT

_____/    OF INMATE FILING FEE

To: The Sheriff of Stanislaus County, Attention: Inmate Trust Account, 200 East Hackett Rd., Modesto, California 95358:

        Plaintiff is a state inmate housed at the Public Safety Center in Modesto, California, where he has been assigned Booking Number 129248. He is proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. He is obligated to pay the statutory filing fee of $350.00 for this action. Each time plaintiff's trust account exceeds $10.00, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Sheriff of Stanislaus County is required to send to the Clerk of the Court payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

1      Good cause appearing therefore, IT IS HEREBY ORDERED that:

2      1.  Each time the amount in plaintiff's inmate trust account exceeds $10.00, the Sheriff of Stanislaus County or a designee shall collect from plaintiff's trust account a monthly payment equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account, in accordance with 28 U.S.C. § 1915(b)(2).  The Sheriff or a designee shall forward payments to the Clerk of the Court until the statutory filing fee of $350.00 is paid in full. The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on the Sheriff of Stanislaus County, Attention: Inmate Trust Account, 200 East Hackett Rd., Modesto, California 95358

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated: November 9, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE