UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIESZ,<br><br>　　　　　Defendant. | No. 2:11-cv-1918 CKD P<br><br><br>ORDER |

The court has considered plaintiff's request that the settlement conference scheduled for June 26, 2014 be cancelled. Because the parties could benefit from settlement discussions before the matter proceeds to trial, plaintiff's request (ECF No. 77) is denied.

Dated: May 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1918.

1