1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID SMITH,                                No.  2:11-cv-1918 JAM CKD P

12                    Plaintiff,

13         v.                                      ORDER

14    KIESZ, et al.,

15                    Defendants.

16

17         It appears this matter is now ready for trial.  Good cause appearing, IT IS HEREBY

18    ORDERED that:

19         1.  Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain

20    the attendance of witnesses at trial within 21 days of this order.  Plaintiff should consult the

21    court's October 12, 2012 scheduling order and Local Rule 281 for the contents of pretrial

22    statements and motions for obtaining witnesses at trial.  Failure to file a pretrial statement within

23    21 days will result in a recommendation that this action be dismissed without prejudice.

24    /////

25    /////

26    /////

27    /////

28    /////

2.  Defendants shall file their pretrial statement within 14 days of service of plaintiff's.

3.  After the parties submit their pretrial statements, the court will issue a "pretrial order" identifying the date for trial.

Dated:  June 25, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
smit1918.41

2