UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SMITH, | No. 11-cv-1918 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| KIESZ, et al., | |
| Defendants. | |

Plaintiff has requested a sixth extension of time to file his pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 95) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his pretrial statement.

3. Plaintiff's failure to file a pretrial statement within 30 days will result in a recommendation that this action be dismissed without prejudice.

/////
/////
/////
/////
/////

     4. Absent extraordinary cause, no further extensions of time will be granted. Plaintiff's failure to procure counsel will not be considered extraordinary cause considering plaintiff has now been given approximately 6 months to obtain counsel.

Dated: December 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] smit1918.36(6)